# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Goodwin, Charles B. | U.S. District Court for the Western District of Oklahoma | 06/04/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge | ☐ Nomination    Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

200 NW 4th Street, Room 1305
Oklahoma City, OK 73102

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Shareholder/Director | Crowe & Dunlevy |
| 2. | Co-Trustee | Trust #1 |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2013 | Crowe & Dunlevy buyout of shareholder agreement. See Part VIII for additional information. |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goodwin, Charles B. | 06/04/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2013 | Crowe & Dunlevy Salary | $110,232.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goodwin, Charles B. | 06/04/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goodwin, Charles B. | 06/04/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Crowe & Dunlevy Shareholder Agreement | | None | | | Sold | 08/31/13 | K | | |
| 2. Allegiance Credit Union | A | Interest | N | T | | | | | |
| 3. Brokerage Account | | | | | | | | | |
| 4. -US Treasury | A | Interest | L | T | | | | | |
| 5. First Oklahoma Investments LLC | C | Distribution | J | U | | | | | |
| 6. Third Oklahoma Investments LLC | | None | J | U | Buy | 08/26/13 | J | | |
| 7. Profit Sharing and Thrift Plan | | | | | | | | | |
| 8. -JP Morgan Core Bond-R6 | B | Interest | L | T | | | | | |
| 9. -PIMCO Total Return-P | B | Dividend | L | T | | | | | |
| 10. -Vanguard Value Index-Inst | B | Dividend | L | T | | | | | |
| 11. -JP Morgan US Equity-R6 | D | Dividend | L | T | | | | | |
| 12. -Vanguard Growth Index-Inst | B | Dividend | L | T | | | | | |
| 13. JP M C B, NA HSA Service Center 2013 | A | Dividend | J | T | | | | | |
| 14. Trust #1 | | | | | | | | | |
| 15. -Bank of America Account | A | Interest | L | T | | | | | |
| 16. -Trust Brokerage Account #1 | | | | | | | | | |
| 17. --Allianzgi NJF LG CAP VAL INSTL | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goodwin, Charles B. | 06/04/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --Dodge & Cox Stock | A | Dividend | J | T | | | | | |
| 19. --JP Morgan Mid Cap Value | A | Dividend | J | T | | | | | |
| 20. --Fundamental Investors | A | Dividend | J | T | | | | | |
| 21. --Harbor International | A | Dividend | J | T | | | | | |
| 22. --Loomis Sayles Inv Grade BD | A | Dividend | J | T | | | | | |
| 23. --MFS Intl New Discovery | A | Dividend | J | T | | | | | |
| 24. --MFS Value | A | Dividend | J | T | | | | | |
| 25. --Manning Napier World Opp | A | Dividend | J | T | | | | | |
| 26. --Mutual Global Discovery Cl Z | A | Dividend | J | T | | | | | |
| 27. --Prudential Jenn Mid Cap Gr | A | Dividend | J | T | | | | | |
| 28. --Ridgeworth Small Cap Value | A | Dividend | J | T | | | | | |
| 29. --T Rowe Price Blue Chip Gr | A | Dividend | J | T | | | | | |
| 30. --JP Morgan High Yield | A | Dividend | J | T | | | | | |
| 31. --Loomis Sayles Inv Grade BD | A | Dividend | J | T | | | | | |
| 32. --MFS Intl New Discovery | A | Dividend | J | T | | | | | |
| 33. --Metropolitan West TTL Ret BD | A | Dividend | J | T | | | | | |
| 34. --Pimco Total Return | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goodwin, Charles B. | 06/04/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --T. Rowe Price Intl BD | A | Dividend | J | T | | | | | |
| 36. --Bridge Builder Bond Fund | A | Dividend | J | T | | | | | |
| 37. --JP MOrgan Fed Mon Mkt | A | Dividend | J | T | | | | | |
| 38. --LM Clearbridge Sm Cap Grw | A | Dividend | J | T | | | | | |
| 39. --Loomis Saylee Global Bond | A | Dividend | J | T | | | | | |
| 40. --Oppenheimer Main Street | A | Dividend | J | T | | | | | |
| 41. --T. Rowe Price Intl Stock | A | Dividend | J | T | | | | | |
| 42. -Trust Brokerage Account #2 | | | | | | | | | |
| 43. --Boeing Co | A | Dividend | J | T | | | | | |
| 44. --Caterpillar Inc | A | Dividend | J | T | | | | | |
| 45. --Deere & Co | A | Dividend | J | T | | | | | |
| 46. --Starwood Hotels & Resorts | A | Dividend | J | T | | | | | |
| 47. -Trust Royalties | | | | | | | | | |
| 48. --Chaparral | F | Royalty | O | W | | | | | |
| 49. --Fractal Oil and Gas | A | Royalty | J | W | | | | | |
| 50. --L.E. Jones Operating | C | Royalty | K | W | | | | | |
| 51. -Enerwest Trading Co. | B | Royalty | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goodwin, Charles B. | 06/04/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   --Plains Marketing | D | Royalty | L | W | | | | | |
| 53.   --Unimark | A | Royalty | J | W | | | | | |
| 54.   --Sunoco | C | Royalty | K | W | | | | | |
| 55.   --DCP Midstream | A | Royalty | J | W | | | | | |
| 56.   --High Sierra Crude Oil | C | Royalty | K | W | | | | | |
| 57.   --QEP Energy | B | Royalty | J | W | | | | | |
| 58.   --XTO | A | Royalty | J | W | | | | | |
| 59.   --Red Rocks Oil & Gas | D | Royalty | K | W | | | | | |
| 60.   --Scissortail Energy | B | Royalty | J | W | | | | | |
| 61.   --Atlas | D | Royalty | L | W | | | | | |
| 62.   --Citation | D | Royalty | L | W | | | | | |
| 63.   --Enterprise | E | Royalty | M | W | | | | | |
| 64.   --M.E. Klein & Assoc | C | Royalty | K | W | | | | | |
| 65.   --Five States | D | Royalty | K | W | | | | | |
| 66.   --American | A | Royalty | J | W | | | | | |
| 67.   --Mewborne | A | Royalty | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

From Part II Agreements-The Shareholder Agreement covered the time period of April, 2006 up to August 2013. Among other terms, the agreement provided for a buyout of shares upon termination of association with Crowe & Dunlevy. The buyout was executed upon appointment as a U.S. Magistrate Judge. The buyout was according to a pre-existing, standard formula applicable to all shareholders departing from the firm.

| Name of Person Reporting | Date of Report |
| --- | --- |
| Goodwin, Charles B. | 06/04/2014 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Charles B. Goodwin**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544